**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JDJ Hospitality, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0729973** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2701 East Grand River** <br> **East Lansing, MI 48823** <br> Number, Street, City, State & ZIP Code | <br> <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Ingham** <br> County | **Location of principal assets, if different from principal place of business** <br> **See Attached** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **JDJ Hospitality, LLC**
_____
Name

Case number (*if known*) _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___72___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | _____ | | | _____ | |
| | District | When | | Case number, if known | |
| | _____ | _____ | | _____ | |

| Debtor | **JDJ Hospitality, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?**      **See Attached**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☑ Yes.    Insurance agency    **Insurance Network**

         Contact name    **Jeff Bailey**

         Phone    **(269) 441-2106**

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **JDJ Hospitality, LLC**
Name

Case number (*if known*)

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 30, 2018**
MM / DD / YYYY

X **/s/ Joseph  Lopez**                          **Joseph  Lopez**
Signature of authorized representative of debtor        Printed name

Title   **Member**

**18. Signature of attorney**

X **/s/ Cody H. Knight**                    Date   **April 30, 2018**
Signature of attorney for debtor                    MM / DD / YYYY

**Cody H. Knight (P64811)**
Printed name

**Rayman & Knight**
Firm name

**141 E. Michigan Avenue**
**Suite 301**
**Kalamazoo, MI 49007**
Number, Street, City, State & ZIP Code

Contact phone   **(269) 345-5156**         Email address

**(P64811) MI**
Bar number and State

UNITED STATES BANKRUPRTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

JDJ HOSPITALITY, LLC,

      Debtor.

_____/ /

ATTACHMENT TO VOLUNTARY PETITION FOR
NON-INDIVIDUALS FILING FOR BANKRUPTCY

4.     Debtor's Address – Location of principal assets, if different from principal place of business:

     Denny's 7909
     3900 28th Street SE
     Kentwood, MI  49508

     Denny's 7910
     7330 West Saginaw Highway
     Lansing, MI  48917

     Denny's 7911
     631 E. 24th Street
     Holland, MI  49423

     Denny's 8592
     7800 West Grand River
     Grand Ledge, MI  48837

     Denny's 9213
     3520 Green Street
     Muskegon, MI  49444

     Denny's 9296
     878 Munson Avenue
     Traverse City, MI  49696

12.     Location of personal property requiring attention. The Debtor has inventory at its principal place of business and the above locations.  The property will be protected by the Debtor's continued operations.

**Fill in this information to identify the case:**

Debtor name    **JDJ Hospitality, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2018**              X **/s/ Joseph  Lopez**
_____                   Signature of individual signing on behalf of debtor

                                          **Joseph  Lopez**
                                          Printed name

                                          **Member**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | JDJ Hospitality, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ECN Financial LLC 655 Business Center Drive Horsham, PA 19044 | jconlon@pnc.com | All Inclusive Lien | | $2,279,014.77 | $150,867.10 | $2,128,147.67 |
| Direct Capital CIT 900 Merchants Concourse #216 Westbury, NY 11590 | Fax: 1-800-501-6847 | Equipment - West Saginaw, Lansing | | $154,130.66 | $20,000.00 | $134,130.66 |
| Ascentium Capital LLC PO Box 301593 Dallas, TX 75303 | service@ascentiumcapital.com Fax: 866-846-3679 | Equipment / Traverse City | | $133,289.28 | $15,000.00 | $118,289.28 |
| Gibraltar 400 Skokie Blvd. #375 Northbrook, IL 60062 | www.gibraltarbc.com Fax: 1-800-963-6130 | Vendor | Disputed | | | $77,374.00 |
| Chase/Cardmember Service PO Box 94014 Palatine, IL 60094 | Fax: 1-800-945-2028 | Credit Card | | | | $23,482.00 |
| Gelardi Produce Company 1345 Rickett Road Brighton, MI 48116 | www.gelardiproduce@gmail.com Fax: 248-660-4834 | Vendor | | | | $15,681.71 |
| La Grasso Bros. Inc. 5001 Bellevue PO Box 2638 Detroit, MI 48202 | info@lagrasso.com Fax: (313)921-9468 | Vendor | | | | $11,068.09 |
| Pilot Travel Center PO Box 10146 Knoxville, TN 37939 | facmaln@pilottravelcenters.com Fax: 865-474-2941 | Vendor | | | | $9,495.52 |
| PNC Bank PO Box 856177 Louisville, KY 40285 | Fax: 1-800-558-8472 | Credit Card | | | | $9,193.67 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **JDJ Hospitality, LLC**
    Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IQ Backoffice 2121 Rosecrans Avenue Suite 3350 El Segundo, CA 90245** | jdjhap@iqbackoffice.com Fax: 310-322-2311 | **Vendor** | | | | **$5,240.73** |
| **Comerica Bank / Cardmember Service PO Box 790408 Saint Louis, MO 63179** | Fax: 1-866-486-1017 | **Credit Card** | | | | **$5,210.96** |
| **Lawn Tech PO Box 190 Grand Ledge, MI 48837** | info@lawntechofmi.com | **Vendor** | | | | **$4,372.00** |
| **Michigan Restaurant Services 614 N. Main Street Olivet, MI 49076** | jswanson@bildoninc.com Fax: 269-280-6016 | **Vendor** | | | | **$4,193.00** |
| **Michael F. Holler Architects 1968 Shady Oak Circle Allison Park, PA 15101** | mfharc@mac.com | **Vendor** | | | | **$4,000.00** |
| **B&B Mechanical Services LLC 8475 Sparta Line Road Sparta, MI 49345** | info@myhvacguys.com | **Vendor** | | | | **$2,014.42** |
| **Ecolab Food Safety Specialties 24198 Network Place Chicago, IL 60673** | ecolab.com Fax: 1-800-352-5326 | **Vendor** | | | | **$1,992.81** |
| **Aunt Millie's Bakeries PO Box 13099 Fort Wayne, IN 46867** | customerservice@auntmillies.com | **Vendor** | | | | **$1,889.40** |
| **Seaman's 2510 Oak Industrial Drive NE Grand Rapids, MI 49505** | seamansmechanical.com Fax: (616)458-0605 | **Vendor** | | | | **$1,574.52** |
| **Caretakers Property Maintenance 161 Ottawa Ave., NW Suite 104 Grand Rapids, MI 49503** | info@caretakerspropertymaintenance.com Fax: 616-575-6051 | **Vendor** | | | | **$1,250.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **JDJ Hospitality, LLC**
_____          Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Koorsen Fire & Security 2719 North Arlington Avenue Indianapolis, IN 46218** | **info@koorsen.com Fax: 231-923-0010** | **Vendor** | | | | **$1,240.07** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **JDJ Hospitality, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ _____ 297,900.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ _____ 297,900.00

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 2,980,485.33

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____ 1,118,789.42

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____ 248,555.77

4. Total liabilities ............................................................................................................
   Lines 2 + 3a + 3b                                                                           $ _____ 4,347,830.52

**Fill in this information to identify the case:**

Debtor name  **JDJ Hospitality, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $13,900.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC Bank** | **Main Account / Checking** | **4875** | $0.00 |
| 3.2. | **PNC Bank** | **Transfer Account** | **7584** | $259.58 |
| 3.3. | **Huntington National Bank** | **Checking** | | $14,740.42 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Credit Card Receipts (estimated)** | $25,000.00 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $53,900.00 |
|---|

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor   **JDJ Hospitality, LLC**                                    Case number *(If known)* _____
Name

☐ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** **Food - $64,000.00** **Non-ingredients - $30,000.00** | | $0.00 | | $94,000.00 |

**23.  Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                                                      $94,000.00

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value            0    Valuation method _____   Current Value            0

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

Debtor    **JDJ Hospitality, LLC**                          Case number *(If known)* _____
          Name

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture and Fixtures** | $0.00 | | $10,000.00 |

| | |
|---|---|
| 40. | **Office fixtures** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

43.    **Total of Part 7.**                                                            | $10,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Machinery, Fixtures and Equipment - $20,000.00  per each seven locations** | $0.00 | | $140,000.00 |

51.    **Total of Part 8.**                                                            | $140,000.00 |
       Add lines 47 through 50.  Copy the total to line 87.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor   **JDJ Hospitality, LLC**_____          Case number *(if known)* _____
         Name

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Debtor leases all real estate listed on Schedule G** | Leasehold | Notice Only | | $0.00 |

56.   **Total of Part 9.**                                                           $0.00

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **JDJ Hospitality, LLC**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $53,900.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $94,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $140,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $297,900.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $297,900.00 |

**Fill in this information to identify the case:**

Debtor name   **JDJ Hospitality, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $133,289.28 | $15,000.00 |

Creditor's Name

**PO Box 301593**
**Dallas, TX 75303**

Creditor's mailing address

**service@ascentiumcapital.com**

Creditor's email address, if known

**Date debt was incurred**
**8/18/16**

**Last 4 digits of account number**
**1535**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment / Traverse City**

**Describe the lien**
**Equipment Finance Agreement**
**Is the creditor an insider or related party?**

☑ No
☐ Yes
**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Direct Capital CIT** | Describe debtor's property that is subject to a lien | $29,420.37 | $10,000.00 |

Creditor's Name

**900 Merchants Concourse #216**
**Westbury, NY 11590**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9005**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Sign -  Traverse City**

**Describe the lien**
**Lien**
**Is the creditor an insider or related party?**

☑ No
☐ Yes
**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **JDJ Hospitality, LLC**
Name

Case number (if know)

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Direct Capital CIT** | | | | $84,630.25 | $15,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Equipment - Traverse City**

**900 Merchants Concourse
#216
Westbury, NY 11590**
Creditor's mailing address

Describe the lien
**Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
9006**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Direct Capital CIT** | | | | $154,130.66 | $20,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Equipment - West Saginaw, Lansing**

**900 Merchants Concourse
#216
Westbury, NY 11590**
Creditor's mailing address

Describe the lien
**Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
9007**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **ECN Financial LLC** | | | | $2,279,014.77 | $150,867.10 |

Creditor's Name

Describe debtor's property that is subject to a lien
**All Inclusive Lien**

**655 Business Center Drive
Horsham, PA 19044**
Creditor's mailing address

Describe the lien
**Lien**

**Is the creditor an insider or related party?**

jconlon@pnc.com

☑ No

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **JDJ Hospitality, LLC**                                    Case number (if know) _____
_____
Name

Creditor's email address, if known          ☐ Yes
_____          **Is anyone else liable on this claim?**

**Date debt was incurred**                   ☐ No
_____          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2001**                                     **As of the petition filing date, the claim is:**
**Do multiple creditors have an**            Check all that apply
**interest in the same property?**           ☐ Contingent
■ No                                         ☐ Unliquidated
☐ Yes. Specify each creditor,                ☐ Disputed
including this creditor and its relative
priority.

---

| 2.6 | **ECN Financial LLC** | Describe debtor's property that is subject to a lien | $300,000.00 | $0.00 |

Creditor's Name                              **All Inclusive Lien**

**655 Business Center Drive**
**Horsham, PA 19044**
_____          **Describe the lien**
Creditor's mailing address                   **Lien**
                                             **Is the creditor an insider or related party?**
                                             ■ No
_____          ☐ Yes
Creditor's email address, if known          **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
_____          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2002**                                     **As of the petition filing date, the claim is:**
**Do multiple creditors have an**            Check all that apply
**interest in the same property?**           ☐ Contingent
■ No                                         ☐ Unliquidated
☐ Yes. Specify each creditor,                ☐ Disputed
including this creditor and its relative
priority.

---

| 2.7 | **Meadowbrook Meat Company** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name                              **Security Deposit / MBM Food / Notice Only**

**2641 Meadowbrook Road**
**Rocky Mount, NC 27802**
_____          **Describe the lien**
Creditor's mailing address                   **First lien on inventory and deposits**
                                             **Is the creditor an insider or related party?**
                                             ■ No
_____          ☐ Yes
Creditor's email address, if known          **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
_____          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$2,980,485.3**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Debtor | **JDJ Hospitality, LLC** | Case number (*if know*) | |
|---|---|---|---|
| | Name | | |

|  | **3** |
|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **JDJ Hospitality, LLC**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF MICHIGAN**

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Lansing Treasurer**<br>**PO Box 19219**<br>**Lansing, MI 48901** | $1,432.17 | $1,432.17 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Last 4 digits of account number **9973**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Withholding Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**City of Muskegon**<br>**Income Tax Department**<br>**PO Box 29**<br>**Muskegon, MI 49443** | $260.97 | $260.97 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Last 4 digits of account number **9973**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Withholding Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    50703                    Best Case Bankruptcy

| Debtor | **JDJ Hospitality, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $563.00 | $563.00 |
|---|---|---|---|---|
| | **Grand Rapids City Income Tax**<br>**PO Box 347**<br>**Grand Rapids, MI 49501** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Withholding Taxes** | | |
| | Last 4 digits of account number **9973**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Special Procedures, Stop 93**<br>**3251 North Evergreen Drive NE**<br>**Grand Rapids, MI 49525** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 32500**<br>**Stop 15**<br>**Detroit, MI 48232** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **JDJ Hospitality, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290,000.00 | $290,000.00 |
|---|---|---|---|---|

| | **Internal Revenue Service**<br>**PO Box 804522**<br>**Cincinnati, OH 45280** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Withholding Taxes** |
|---|---|---|

| | Last 4 digits of account number **9973**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | **Michigan Department of Treas.**<br>**PO Box 30199**<br>**Lansing, MI 48909** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $781,778.37 | $0.00 |
|---|---|---|---|---|

| | **Michigan Department of Treasur**<br>**PO Box 30199**<br>**Lansing, MI 48909** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred<br>**2017 - 2018** | Basis for the claim:<br>**Withholding Taxes** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.25 | $181.25 |
|---|---|---|---|---|

| | **Muskegon Heights City**<br>**Income Tax**<br>**2724 Peck Street**<br>**Muskegon, MI 49444** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding Taxes** |
|---|---|---|

| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|---|

| Debtor | **JDJ Hospitality, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of the U.S. Trustee**
**125 Ottawa NW, Suite 200R**
**Grand Rapids, MI 49503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Michigan**
**Department of Treasury**
**PO Box 30199**
**Lansing, MI 48910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,573.66 | $44,573.66 |
|---|---|---|---|---|

**Unemployment Insurance Agency**
**3024 W. Grand Blvd.**
**Suite 11-500**
**Detroit, MI 48202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Withholding Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | $592.00 |
|---|---|---|

**A Cap Plumbing Services**
**2786 Holton Whitehall Road**
**Twin Lake, MI 49457**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $500.00 |
|---|---|---|

**Adelante**
**2513 Dunbar Drive**
**Lansing, MI 48906**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **JDJ Hospitality, LLC**
_____
Name

Case number (if known) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,889.40 |
|---|---|---|---|

**Aunt Millie's Bakeries**
PO Box 13099
Fort Wayne, IN 46867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017 - 2018**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,014.42 |
|---|---|---|---|

**B&B Mechanical Services LLC**
8475 Sparta Line Road
Sparta, MI 49345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Caretakers Property Maintenance**
161 Ottawa Ave., NW
Suite 104
Grand Rapids, MI 49503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017 - 2018**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,482.00 |
|---|---|---|---|

**Chase/Cardmember Service**
PO Box 94014
Palatine, IL 60094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **9891**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Chris Ward**
337 N. Hayward Avenue
Lansing, MI 48912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.78 |
|---|---|---|---|

**Cintas Corporation**
PO Box 630910
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,145.35 |
|---|---|---|---|

**Cintas Corporation**
PO Box 631025
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017 - 2018**

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **JDJ Hospitality, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | Nonpriority creditor's name and mailing address<br>**Cintas First Aid & Safety**<br>**6800 Cintas Blvd.**<br>**Mason, OH 45040**<br><br>Date(s) debt was incurred  __2018__<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3.78 |
|---|---|---|

| 3.11 | Nonpriority creditor's name and mailing address<br>**Comerica Bank / Cardmember**<br>**Service**<br>**PO Box 790408**<br>**Saint Louis, MO 63179**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  __7308__ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Credit Card__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $5,210.96 |
|---|---|---|

| 3.12 | Nonpriority creditor's name and mailing address<br>**Cozzini Bros. Inc.**<br>**350 Howard Avenue**<br>**Des Plaines, IL 60018**<br><br>Date(s) debt was incurred  __2017 - 2018__<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $15.00 |
|---|---|---|

| 3.13 | Nonpriority creditor's name and mailing address<br>**Cunningham & Dalman**<br>**321 Settlers Road**<br>**PO Box 1767**<br>**Holland, MI 49422**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Legal Services__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $988.61 |
|---|---|---|

| 3.14 | Nonpriority creditor's name and mailing address<br>**D&W Mechanical**<br>**1266 Industry Drive**<br>**Suite A**<br>**Traverse City, MI 49696**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $25.06 |
|---|---|---|

| 3.15 | Nonpriority creditor's name and mailing address<br>**Denny's Inc.**<br>**14256 East Firestone Boulevard**<br>**PO Box 605**<br>**La Mirada, CA 90637**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Notice Only__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
|---|---|---|

| 3.16 | Nonpriority creditor's name and mailing address<br>**Dutch Touch Window Cleaning**<br>**6393 Adams Street**<br>**Zeeland, MI 49464**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Vendor__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $65.00 |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **JDJ Hospitality, LLC**                              Case number *(if known)* _____
_____
Name

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.83** |
|---|---|---|---|

**Ecolab**
**PO Box 70343**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:  Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,992.81** |
|---|---|---|---|

**Ecolab Food Safety**
**Specialties**
**24198 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017 - 2018**

**Basis for the claim:  Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$363.58** |
|---|---|---|---|

**Ecolab Pest Elimination**
**26252 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017 - 2018**

**Basis for the claim:  Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$755.14** |
|---|---|---|---|

**Facilities Resource Group**
**3404 Busch Drive Suite E**
**Grandville, MI 49418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.95** |
|---|---|---|---|

**Field's Fire Protection Inc.**
**Drawer #2015**
**PO Box 5935**
**Troy, MI 48007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.14** |
|---|---|---|---|

**Fire Pros Inc.**
**2710 Northridge Drive NW**
**Suite F**
**Grand Rapids, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,681.71** |
|---|---|---|---|

**Gelardi Produce Company**
**1345 Rickett Road**
**Brighton, MI 48116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017 - 2018**

**Basis for the claim:  Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **JDJ Hospitality, LLC**
_____
Name

Case number _(if known)_ _____

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $77,374.00 |
|---|---|---|---|

**Gibraltar**
**400 Skokie Blvd.**
**#375**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $425.00 |
|---|---|---|---|

**Industrial Steam Cleaning**
**5710 Bella Rosa Blvd.**
**Suite 400**
**Clarkston, MI 48348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,240.73 |
|---|---|---|---|

**IQ Backoffice**
**2121 Rosecrans Avenue**
**Suite 3350**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $20,000.00 |
|---|---|---|---|

**Joseph  Lopez**
**3350 Silver Spring Drive**
**DeWitt, MI 48820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Loans__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $338.24 |
|---|---|---|---|

**KB Equipment Service Inc.**
**1451 Becker Road**
**Hastings, MI 49058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,240.07 |
|---|---|---|---|

**Koorsen Fire & Security**
**2719 North Arlington Avenue**
**Indianapolis, IN 46218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $11,068.09 |
|---|---|---|---|

**La Grasso Bros. Inc.**
**5001 Bellevue**
**PO Box 2638**
**Detroit, MI 48202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **JDJ Hospitality, LLC**
_____   Case number (if known) _____
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,372.00 |
|---|---|---|---|

**Lawn Tech**
**PO Box 190**
**Grand Ledge, MI 48837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.00 |
|---|---|---|---|

**Mahoney Environmental**
**37458 Eagle Way**
**Chicago, IL 60678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Michael F. Holler Architects**
**1968 Shady Oak Circle**
**Allison Park, PA 15101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,193.00 |
|---|---|---|---|

**Michigan Restaurant Services**
**614 N. Main Street**
**Olivet, MI 49076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,070.00 |
|---|---|---|---|

**Mike's Lawncare & Snowplowing**
**297 W. 24th Street**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.44 |
|---|---|---|---|

**Muzak**
**PO Box 71070**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018__

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.97 |
|---|---|---|---|

**North American Bancard**
**250 Stephenson Highway**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **JDJ Hospitality, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$727.00** |
|---|---|---|---|

**Ottawa County Health Dept.**
**12251 James Street**
**Suite 200**
**Holland, MI 49424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,495.52** |
|---|---|---|---|

**Pilot Travel Center**
**PO Box 10146**
**Knoxville, TN 37939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017 - 2018__

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,193.67** |
|---|---|---|---|

**PNC Bank**
**PO Box 856177**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Credit Card__

Last 4 digits of account number  __2342__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.15** |
|---|---|---|---|

**Premco Financial Corporation**
**PO Box 19367**
**Kalamazoo, MI 49019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81.33** |
|---|---|---|---|

**Red Mountain Lighting**
**5402 S. 40th Street**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Roto Rooter**
**PO Box 429**
**Holt, MI 48842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199.53** |
|---|---|---|---|

**Safeguard Business Systems**
**PO Box 88043**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018__

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JDJ Hospitality, LLC** | Case number *(if known)* | |
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,574.52** |
|---|---|---|---|

**Seaman's**
**2510 Oak Industrial Drive NE**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017 - 2018**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$355.00** |
|---|---|---|---|

**Simpson's Service Inc.**
**PO Box 271**
**Leslie, MI 49251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368.66** |
|---|---|---|---|

**Spectrum Maintenance**
**120 Second Avenue**
**Muskegon, MI 49444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Steve Warren**
**PO Box 511**
**Acme, MI 49610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.33** |
|---|---|---|---|

**Unifirst Corporation**
**2476 Waldorf Court NW**
**Suite C**
**Walker, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**Watertown Charter Township**
**12803 S. Wacousta Road**
**Grand Ledge, MI 48837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|

**William  L.  Darin**
**6016 Safety Drive**
**Belmont, MI 49306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Loans**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | JDJ Hospitality, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$418.00** |
|---|---|---|---|

**Williams Pumping Service Inc.**
**9317 S. Nash Road**
**Maple City, MI 49664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Unemployment Ins. Agency**<br>PO Box 33598<br>Detroit, MI 48232 | Line  __2.13__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  1,118,789.42 |
| 5b. Total claims from Part 2 | 5b. + | $  248,555.77 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  1,367,345.19 |

**Fill in this information to identify the case:**

Debtor name    **JDJ Hospitality, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> **Property Address: 3900 28th Street SE Kentwood, MI 49508** <br><br> State the term remaining    **$7,210.00/month Expires: 09/2033** <br><br> List the contract number of any government contract | **3900 28th Street SE, LLC Scott Graves 1474 Woodworth Street NE Grand Rapids, MI 49525** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest <br><br> **Property Address: 631 E. 24th Street Holland, MI 49423** <br><br> State the term remaining    **$6,500.00/month Expires: 2033** <br><br> List the contract number of any government contract | **BJ Holdings, LLC 333 W. North Avenue #111 Chicago, IL 60610** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest <br><br> **Property Address: 7330 West Saginaw Highway Lansing, MI 48917** <br><br> State the term remaining    **$6,660.00/month Expires: 2030** <br><br> List the contract number of any government contract | **Denny's Inc. R.J. Klarchek 1470 West Old Mill Road Lake Forest, IL 60045** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest <br><br> **Property Address: 2710 East Grand River East Lansing, MI 48823** <br><br> State the term remaining    **$6,160.00/month Expires: 9/27/2027** <br><br> List the contract number of any | **Denny's Realty Inc. Attn: Property Management Dept 203 E. Main Street Spartanburg, SC 29319** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **JDJ Hospitality, LLC**                                                                      Case number (*if known*) _____
             First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sub-Lease: / Property Address:** **7330 West Saginaw Highway** **Lansing, MI  48917** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Densing, LLC** **2126 W. Indian School Road** **Phoenix, AZ 85015** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement(s) for each store** **Expires: 2027** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DFO, LLC** **Attn: Mark Burges** **203 E. Main Street** **Spartanburg, SC 29319** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Notice Only / Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Franchise Development** **203 East Main Street** **Spartanburg, SC 29319** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Property Address:** **3520 Green Street** **Muskegon, MI  49444** **$7,000.00/month** **Expires: 7/1/30** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marty Ellman** **411 N. New River Drive E** **#1406** **Fort Lauderdale, FL 33301** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Property Address:** **7800 West Grand River** **Grand Ledge, MI  48837** **$4,355.00/month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pilot Travel Centers LLC** **PO Box 146** **Knoxville, TN 37939** |

Debtor 1   **JDJ Hospitality, LLC**                                    Case number (*if known*) _____

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Property Address:**<br>**878 Munson Avenue**<br>**Traverse City, MI  49696** | |
|---|---|---|---|
| | State the term remaining | **$7,875.00/month**<br>**Expires:  2051** | **The Kimura & Takano**<br>**Family Trust**<br>**2114 Greenleaf Drive**<br>**Cupertino, CA 95014** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **JDJ Hospitality, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Joseph  Lopez** | **3350 Silver Spring Drive** **DeWitt, MI 48820** | **PNC Bank** | ☐ D _____ <br> ■ E/F __3.40__ <br> ☐ G _____ |
| 2.2  **Joseph  Lopez** | **3350 Silver Spring Drive** **DeWitt, MI 48820** | **Chase/Cardmember Service** | ☐ D _____ <br> ■ E/F __3.6__ <br> ☐ G _____ |
| 2.3  **Joseph Lopez** | **3350 Silver Spring Drive** **DeWitt, MI 48820** | **3900 28th Street SE, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |
| 2.4  **Joseph Lopez** | **3350 Silver Spring Drive** **DeWitt, MI 48820** | **BJ Holdings, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.2__ |
| 2.5  **Joseph Lopez** | **3350 Silver Spring Drive** **DeWitt, MI 48820** | **Denny's Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.3__ |

| Debtor | **JDJ Hospitality, LLC** | | Case number *(if known)* | |

▊ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Joseph Lopez** | 3350 Silver Spring Drive<br>DeWitt, MI 48820 | **Denny's Realty Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.4** |
| 2.7 | **Joseph Lopez** | 3350 Silver Spring Drive<br>DeWitt, MI 48820 | **Marty Ellman** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.8** |
| 2.8 | **Joseph Lopez** | 3350 Silver Spring Drive<br>DeWitt, MI 48820 | **Kimura Kazuo &<br>Takana** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.10** |
| 2.9 | **William L. Darin** | 6016 Safety Drive<br>Belmont, MI 49306 | **3900 28th Street SE,<br>LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.1** |
| 2.10 | **William L. Darin** | 6016 Safety Drive<br>Belmont, MI 49306 | **BJ Holdings, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.2** |
| 2.11 | **William L. Darin** | 6016 Safety Drive<br>Belmont, MI 49306 | **Denny's Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.3** |
| 2.12 | **William L. Darin** | 6016 Safety Drive<br>Belmont, MI 49306 | **Denny's Realty Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.4** |
| 2.13 | **William L. Darin** | 6016 Safety Drive<br>Belmont, MI 49306 | **Marty Ellman** | ☐ D _____<br>☐ E/F _____<br>■ G   **2.8** |

| Debtor | **JDJ Hospitality, LLC** | Case number *(if known)* | |
|--------|--------------------------|--------------------------|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|------------------------|------------------------|

| 2.14 | **William L. Darin** | **6016 Safety Drive**<br>**Belmont, MI 49306** | **Kimura Kazuo &**<br>**Takana** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.10**__ |
|------|----------------------|--------------|-------------|---|

# United States Bankruptcy Court
### Western District of Michigan

In re    **JDJ Hospitality, LLC** _____    Case No. _____

                                       Debtor(s)    Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **April 30, 2018** _____      **/s/ Joseph  Lopez** _____

                                                       **Joseph  Lopez/Member**
                                                       Signer/Title

3900 28TH STREET SE, LLC
SCOTT GRAVES
1474 WOODWORTH STREET NE
GRAND RAPIDS MI 49525


A CAP PLUMBING SERVICES
2786 HOLTON WHITEHALL ROAD
TWIN LAKE MI 49457


ADELANTE
2513 DUNBAR DRIVE
LANSING MI 48906


ASCENTIUM CAPITAL LLC
PO BOX 301593
DALLAS TX 75303


AUNT MILLIE'S BAKERIES
PO BOX 13099
FORT WAYNE IN 46867


B&B MECHANICAL SERVICES LLC
8475 SPARTA LINE ROAD
SPARTA MI 49345


BJ HOLDINGS, LLC
333 W. NORTH AVENUE #111
CHICAGO IL 60610


CARETAKERS PROPERTY
MAINTENANCE
161 OTTAWA AVE., NW
SUITE 104
GRAND RAPIDS MI 49503


CHASE/CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094


CHRIS WARD
337 N. HAYWARD AVENUE
LANSING MI 48912

CINTAS CORPORATION
PO BOX 630910
CINCINNATI OH 45263


CINTAS CORPORATION
PO BOX 631025
CINCINNATI OH 45263


CINTAS FIRST AID & SAFETY
6800 CINTAS BLVD.
MASON OH 45040


CITY OF LANSING TREASURER
PO BOX 19219
LANSING MI 48901


CITY OF MUSKEGON
INCOME TAX DEPARTMENT
PO BOX 29
MUSKEGON MI 49443


COMERICA BANK / CARDMEMBER
SERVICE
PO BOX 790408
SAINT LOUIS MO 63179


COZZINI BROS. INC.
350 HOWARD AVENUE
DES PLAINES IL 60018


CUNNINGHAM & DALMAN
321 SETTLERS ROAD
PO BOX 1767
HOLLAND MI 49422


D&W MECHANICAL
1266 INDUSTRY DRIVE
SUITE A
TRAVERSE CITY MI 49696


DENNY'S INC.
14256 EAST FIRESTONE BOULEVARD
PO BOX 605
LA MIRADA CA 90637

DENNY'S INC.
R.J. KLARCHEK
1470 WEST OLD MILL ROAD
LAKE FOREST IL 60045


DENNY'S REALTY INC.
ATTN: PROPERTY MANAGEMENT DEPT
203 E. MAIN STREET
SPARTANBURG SC 29319


DENSING, LLC
2126 W. INDIAN SCHOOL ROAD
PHOENIX AZ 85015


DFO, LLC
ATTN: MARK BURGES
203 E. MAIN STREET
SPARTANBURG SC 29319


DIRECT CAPITAL CIT
900 MERCHANTS CONCOURSE
#216
WESTBURY NY 11590


DIRECT CAPITAL CIT
900 MERCHANTS CONCOURSE
#216
WESTBURY NY 11590


DIRECT CAPITAL CIT
900 MERCHANTS CONCOURSE
#216
WESTBURY NY 11590


DUTCH TOUCH WINDOW CLEANING
6393 ADAMS STREET
ZEELAND MI 49464


ECN FINANCIAL LLC
655 BUSINESS CENTER DRIVE
HORSHAM PA 19044


ECN FINANCIAL LLC
655 BUSINESS CENTER DRIVE
HORSHAM PA 19044

ECOLAB
PO BOX 70343
CHICAGO IL 60673


ECOLAB FOOD SAFETY
SPECIALTIES
24198 NETWORK PLACE
CHICAGO IL 60673


ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO IL 60673


FACILITIES RESOURCE GROUP
3404 BUSCH DRIVE SUITE E
GRANDVILLE MI 49418


FIELD'S FIRE PROTECTION INC.
DRAWER #2015
PO BOX 5935
TROY MI 48007


FIRE PROS INC.
2710 NORTHRIDGE DRIVE NW
SUITE F
GRAND RAPIDS MI 49544


FRANCHISE DEVELOPMENT
203 EAST MAIN STREET
SPARTANBURG SC 29319


GELARDI PRODUCE COMPANY
1345 RICKETT ROAD
BRIGHTON MI 48116


GIBRALTAR
400 SKOKIE BLVD.
#375
NORTHBROOK IL 60062


GRAND RAPIDS CITY INCOME TAX
PO BOX 347
GRAND RAPIDS MI 49501

INDUSTRIAL STEAM CLEANING
5710 BELLA ROSA BLVD.
SUITE 400
CLARKSTON MI 48348


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES, STOP 93
3251 NORTH EVERGREEN DRIVE NE
GRAND RAPIDS MI 49525


INTERNAL REVENUE SERVICE
PO BOX 32500
STOP 15
DETROIT MI 48232


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101


INTERNAL REVENUE SERVICE
PO BOX 804522
CINCINNATI OH 45280


IQ BACKOFFICE
2121 ROSECRANS AVENUE
SUITE 3350
EL SEGUNDO CA 90245


JOSEPH  LOPEZ
3350 SILVER SPRING DRIVE
DEWITT MI 48820


JOSEPH  LOPEZ
3350 SILVER SPRING DRIVE
DEWITT MI 48820


JOSEPH LOPEZ
3350 SILVER SPRING DRIVE
DEWITT MI 48820


JOSEPH LOPEZ
3350 SILVER SPRING DRIVE
DEWITT MI 48820

JOSEPH LOPEZ
3350 SILVER SPRING DRIVE
DEWITT MI 48820


JOSEPH LOPEZ
3350 SILVER SPRING DRIVE
DEWITT MI 48820


JOSEPH LOPEZ
3350 SILVER SPRING DRIVE
DEWITT MI 48820


JOSEPH LOPEZ
3350 SILVER SPRING DRIVE
DEWITT MI 48820


KB EQUIPMENT SERVICE INC.
1451 BECKER ROAD
HASTINGS MI 49058


KOORSEN FIRE & SECURITY
2719 NORTH ARLINGTON AVENUE
INDIANAPOLIS IN 46218


LA GRASSO BROS. INC.
5001 BELLEVUE
PO BOX 2638
DETROIT MI 48202


LAWN TECH
PO BOX 190
GRAND LEDGE MI 48837


MAHONEY ENVIRONMENTAL
37458 EAGLE WAY
CHICAGO IL 60678


MARTY ELLMAN
411 N. NEW RIVER DRIVE E
#1406
FORT LAUDERDALE FL 33301


MEADOWBROOK MEAT COMPANY
2641 MEADOWBROOK ROAD
ROCKY MOUNT NC 27802

```
MICHAEL F. HOLLER ARCHITECTS
1968 SHADY OAK CIRCLE
ALLISON PARK PA 15101


MICHIGAN DEPARTMENT OF TREAS.
PO BOX 30199
LANSING MI 48909


MICHIGAN DEPARTMENT OF TREASUR
PO BOX 30199
LANSING MI 48909


MICHIGAN RESTAURANT SERVICES
614 N. MAIN STREET
OLIVET MI 49076


MIKE'S LAWNCARE & SNOWPLOWING
297 W. 24TH STREET
HOLLAND MI 49423


MUSKEGON HEIGHTS CITY
INCOME TAX
2724 PECK STREET
MUSKEGON MI 49444


MUZAK
PO BOX 71070
CHARLOTTE NC 28272


NORTH AMERICAN BANCARD
250 STEPHENSON HIGHWAY
TROY MI 48083


OFFICE OF THE U.S. TRUSTEE
125 OTTAWA NW, SUITE 200R
GRAND RAPIDS MI 49503


OTTAWA COUNTY HEALTH DEPT.
12251 JAMES STREET
SUITE 200
HOLLAND MI 49424


PILOT TRAVEL CENTER
PO BOX 10146
KNOXVILLE TN 37939
```

PILOT TRAVEL CENTERS LLC
PO BOX 146
KNOXVILLE TN 37939


PNC BANK
PO BOX 856177
LOUISVILLE KY 40285


PREMCO FINANCIAL CORPORATION
PO BOX 19367
KALAMAZOO MI 49019


RED MOUNTAIN LIGHTING
5402 S. 40TH STREET
PHOENIX AZ 85040


ROTO ROOTER
PO BOX 429
HOLT MI 48842


SAFEGUARD BUSINESS SYSTEMS
PO BOX 88043
CHICAGO IL 60680


SEAMAN'S
2510 OAK INDUSTRIAL DRIVE NE
GRAND RAPIDS MI 49505


SIMPSON'S SERVICE INC.
PO BOX 271
LESLIE MI 49251


SPECTRUM MAINTENANCE
120 SECOND AVENUE
MUSKEGON MI 49444


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI 48910


STEVE WARREN
PO BOX 511
ACME MI 49610

```
THE KIMURA & TAKANO
FAMILY TRUST
2114 GREENLEAF DRIVE
CUPERTINO CA 95014


UNEMPLOYMENT INS. AGENCY
PO BOX 33598
DETROIT MI 48232


UNEMPLOYMENT INSURANCE AGENCY
3024 W. GRAND BLVD.
SUITE 11-500
DETROIT MI 48202


UNIFIRST CORPORATION
2476 WALDORF COURT NW
SUITE C
WALKER MI 49544


WATERTOWN CHARTER TOWNSHIP
12803 S. WACOUSTA ROAD
GRAND LEDGE MI 48837


WILLIAM  L.  DARIN
6016 SAFETY DRIVE
BELMONT MI 49306


WILLIAM L. DARIN
6016 SAFETY DRIVE
BELMONT MI 49306


WILLIAM L. DARIN
6016 SAFETY DRIVE
BELMONT MI 49306


WILLIAM L. DARIN
6016 SAFETY DRIVE
BELMONT MI 49306


WILLIAM L. DARIN
6016 SAFETY DRIVE
BELMONT MI 49306
```

```
WILLIAM L. DARIN
6016 SAFETY DRIVE
BELMONT MI 49306


WILLIAM L. DARIN
6016 SAFETY DRIVE
BELMONT MI 49306


WILLIAMS PUMPING SERVICE INC.
9317 S. NASH ROAD
MAPLE CITY MI 49664
```

# United States Bankruptcy Court
## Western District of Michigan

In re   __JDJ Hospitality, LLC__ _____   Case No. _____

                                         Debtor(s)                  Chapter    __11_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __JDJ Hospitality, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

| | |
|---|---|
| __April 30, 2018__ | __/s/ Cody H. Knight__ |
| Date | __Cody H. Knight (P64811)__ |
| | Signature of Attorney or Litigant |
| | Counsel for __JDJ Hospitality, LLC__ |
| | __Rayman & Knight__ |
| | __141 E. Michigan Avenue__ |
| | __Suite 301__ |
| | __Kalamazoo, MI 49007__ |
| | __(269) 345-5156__ |